NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LADARIUS BROWN,                                  )
                                                 )
        Appellant,                            )
                                                 )
v.                                               )          Case No. 2D18-1367
                                                 )
STATE OF FLORIDA,                                )
                                                 )
        Appellee.                             )
_____)

Opinion filed October 31, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Manatee County; Charles Sniffen,
Judge.


PER CURIAM.

      Affirmed.  See Eustache v. State, 248 So. 3d 1097 (Fla. 2018); Yegge v.

State, 186 So. 3d 553 (Fla. 2d DCA 2015).


CASANUEVA, CRENSHAW, and BLACK, JJ., Concur.